# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2008

135272

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

STEVEN MARK HARRIS,
    Defendant-Appellant.

SC: 135272
COA: 280100
Kent CC: 04-005983-FH

_____/

On order of the Court, the application for leave to appeal the October 4, 2007 order of the Court of Appeals is considered. We DIRECT the Kent County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall address the following issues: (1) whether the Michigan Department of Corrections (MDOC) has the authority to "cancel" defendant's discharge from parole; and (2) whether the trial court erred by *sua sponte* amending a judgment of sentence, which was valid when entered, based on the MDOC's "cancellation" of defendant's parole discharge.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2008

_____
Clerk

s0416